**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 02-7068**

―――――――

RICK TODD,

                              Plaintiff - Appellant,

       versus

PATTI LLEWELLYN; CINDY TINKHAM,

                              Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-313)

―――――――

Submitted:  September 5, 2002      Decided:  September 11, 2002

―――――――

Before MOTZ, KING, and GREGORY, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Rick Todd, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rick Todd appeals the district court's order dismissing as frivolous his action filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Todd v. Llewellyn</u>, No. CA-02-313 (E.D.N.C. June 12, 2002). We deny Todd's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>